# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMILIANO MADRIGAL SIERRA,** | ) NO. EDCV 15-00333-R (KLS) |
| **Petitioner,** | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND** |
| | ) **RECOMMENDATIONS OF UNITED** |
| **W.L. MONTGOMERY,** | ) **STATES MAGISTRATE JUDGE** |
| **Respondent.** | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\
\\
\\

Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: October 27, 2015

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE