JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIANO MADRIGAL SIERRA, | NO. EDCV 15-00333-R (KLS) |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 28, 2015

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1